# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MILTON HUDSON,<br>CDCR #C-69728,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. KIWANA HILL,<br><br>　　　　　　　　　　Defendant. | Civil No.　08-1281 DMS (WMc)<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |

## I.

### PROCEDURAL HISTORY

On August 29, 2008, Plaintiff, an inmate currently incarcerated at Mule Creek State Prison located in Ione, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2]. The Court granted Plaintiff's Motion to Proceed *IFP* on September 4, 2008 [Doc. No. 4].

On November 26, 2008, this matter was reassigned to District Judge Dana M. Sabraw for all further proceedings [Doc. No. 6]. On January 3, 2009, this Court dismissed Plaintiff's Complaint without prejudice for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) & § 1915A(b). Plaintiff was granted forty five (45) days leave to file a First Amended Complaint. However, a review of the Court's docket indicates the Order issued on January 3, 2009 was mailed to Plaintiff's former place of incarceration, the California Correctional Institution in Tehachapi.

## II.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

(1) Plaintiff is sua sponte granted an extension of time to comply with the Court's January 3, 2009 Order. Plaintiff has thirty (30) days from the date this Order is "Filed" in which to file a First Amended Complaint that must comply with the Court's January 3, 2009 Order. If Plaintiff chooses not to file a First Amended Complaint within the time permitted by the Court, this action will be dismissed for all the reasons set forth in the Court's January 3, 2009 Order.

(2) The Clerk of Court is directed to mail a copy of the Court's January 3, 2009 Order dismissing Plaintiff's Complaint for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) & 1915A(b) to Plaintiff's current address.

DATED: March 10, 2009

_____
HON. DANA M. SABRAW
United States District Judge