# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MILTON HUDSON, CDCR #C-69728,<br><br>Plaintiff,<br><br>vs.<br><br>DR. KIWANA HILL,<br><br>Defendant. | Civil No. 08-1281 DMS (WMc)<br><br>**ORDER DISMISSING ACTION** |

## I.

### PROCEDURAL HISTORY

On August 29, 2008, Plaintiff, an inmate currently incarcerated at the California Correctional Institution located in Tehachapi, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2]. The Court granted Plaintiff's Motion to Proceed *IFP* on September 4, 2008 [Doc. No. 4].

On November 26, 2008, this matter was reassigned to District Judge Dana M. Sabraw for all further proceedings [Doc. No. 6]. On January 3, 2009, this Court dismissed Plaintiff's Complaint without prejudice for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) & § 1915A(b). Plaintiff was granted forty five (45) days leave to file a First Amended Complaint. *See* Jan. 3, 2009 Order at 5. To date, Plaintiff has yet to file a First Amended Complaint. On March 10, 2009, the Court sua sponte granted Plaintiff an extension of time to file a First Amended Complaint because it was not entirely clear whether Plaintiff had received the Court's January 3, 2009 Order. *See* Mar. 10, 2009 Order at 1-2. Plaintiff had until April 15, 2009 to file a First Amended Complaint in compliance with the Court's previous Order. That time has since passed and Plaintiff has failed to file a First Amended Complaint.

## II.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **DISMISSED** without prejudice for all the reasons stated in the Court's previous Order and for failing to comply with the Court's January 3, 2009 Order. The Clerk of Court shall enter judgment accordingly and close the file.

DATED: April 28, 2009

HON. DANA M. SABRAW
United States District Judge